# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 28, 2016**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Michael Alexander | Reg. No. 19510-058 |
| Maurice D. Ball | Reg. No. 19293-045 |
| Tyrie Bell | Reg. No. 10314-424 |
| Ronald Owen Bilbrey, Jr. | Reg. No. 18705-018 |
| Ronald Lee Blount, Jr. | Reg. No. 79414-079 |
| Juan Benito Calbo-Gomez | Reg. No. 55306-079 |
| Joseph J. Campbell | Reg. No. 11925-171 |
| Eugene Carlton | Reg. No. 52522-019 |
| Fred Charles, Jr. | Reg. No. 06999-084 |
| Merlin Coleman | Reg. No. 14354-424 |
| Travis Dwaine Corley | Reg. No. 99775-071 |
| Warren Dean Cornett | Reg. No. 72871-079 |
| Bobby Richard Cotton, Jr. | Reg. No. 39998-018 |
| Aubrey Jermaine Cummings | Reg. No. 60178-004 |
| Eddie James Davis | Reg. No. 30538-160 |
| William R. Downs | Reg. No. 33231-018 |
| Darryl Dewayne Edwards | Reg. No. 13688-078 |
| Darryl Ellis | Reg. No. 09562-002 |
| Craig William Frazier | Reg. No. 09182-046 |
| Jason Gardner | Reg. No. 46287-080 |
| Orfil Javier Garza | Reg. No. 15121-081 |
| Monroe Herring | Reg. No. 20372-058 |
| Emmanuel Herron | Reg. No. 03347-029 |
| Marvin K. Holloway | Reg. No. 22811-016 |
| Kevin Huff | Reg. No. 27360-034 |
| Isaac Simmons Johnson | Reg. No. 30315-018 |
| Samuel Latrell Johnson | Reg. No. 10097-180 |
| Walter Johnson | Reg. No. 22708-018 |
| James Howard Jones | Reg. No. 46700-019 |
| Tony Lamont Jones, aka Tony Rome | Reg. No. 50192-083 |
| Dirk Ladson | Reg. No. 03314-036 |
| Michael Freeman Lattimore | Reg. No. 18702-058 |
| Gary L. Lynch | Reg. No. 18816-056 |
| Emmanuel Obi Maduka | Reg. No. 20038-039 |
| Rudy Martinez | Reg. No. 04544-424 |
| Victor Eugene Mason | Reg. No. 87817-071 |
| Rodney R. McCain | Reg. No. 39106-037 |
| London Archie McRae | Reg. No. 23556-057 |
| Danielle Bernard Metz | Reg. No. 24803-013 |
| Hal Q. Mincy | Reg. No. 53670-060 |
| Joseph Newton | Reg. No. 07658-021 |
| James Clinton Patterson, Jr. | Reg. No. 21016-057 |
| Darryl Lamar Reed | Reg. No. 83801-011 |

| | |
|---|---|
| Tommy Rice | Reg. No. 98239-071 |
| Calvin Dwayne Sangster | Reg. No. 34301-044 |
| Martez Lamont Sherrod | Reg. No. 24860-056 |
| George E. Smith | Reg. No. 75268-004 |
| Lue Gene Swarn | Reg. No. 12738-078 |
| Derrick Waller | Reg. No. 28446-044 |
| Christopher White | Reg. No. 33352-037 |
| Jonathan Carnell Williams | Reg. No. 35798-037 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 28, 2016**. I also remit the unpaid balance of the fine imposed by the court on each respective person. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Jose Jasso, Jr. | Reg. No. 72987-079 |
| Ricky Lamont Garrett | Reg. No. 56723-180 |
| Ali Reno Harden | Reg. No. 13622-021 |
| Theodore Johnson | Reg. No. 10432-424 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **August 30, 2017**, leaving intact and in effect for each named person all other components of the sentence. I also direct the Bureau of Prisons to place each of the following named persons on one year of pre-release custody:

| | |
|---|---|
| Quincy Allen Goins | Reg. No. 17583-074 |
| Richard Van Winrow | Reg. No. 89915-012 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **180 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Sly Stallone Aikens | Reg. No. 11682-171 |
| Brian Allen Altman | Reg. No. 12099-084 |
| Mancer L. Barrington, III | Reg. No. 57952-083 |
| Tremayne Kendrick Blackwell | Reg. No. 20662-058 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| Roosevelt Brockington | Reg. No. 86001-020 |
| Shannon Cave | Reg. No. 52328-054 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Jerome Lee Borders** | Reg. No. 16627-058 |
| **Walter Breland** | Reg. No. 06774-028 |
| **Eugene Kenneth Brinson** | Reg. No. 39879-083 |
| **Derrick Lewis Bynum,** aka Derek Lewis Bynum | Reg. No. 38356-037 |
| **Robert Anthony Eberhart** | Reg. No. 22339-057 |
| **Mark Foster,** aka Marc Foster | Reg. No. 39991-018 |
| **Ricardo Gallardo** | Reg. No. 12501-424 |
| **Mark Lanzilotti** | Reg. No. 00988-748 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**. I direct the Bureau of Prisons to place each named person on pre-release custody during the final year of each respective sentence:

| | |
|---|---|
| **Henry Deleon** | Reg. No. 41962-179 |
| **Raul S. Zavala** | Reg. No. 11174-085 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Quentin C. Adams** | Reg. No. 30519-044 |
| **Jarrett Dunn** | Reg. No. 40843-074 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Alfonso Allen** | Reg. No. 76543-004 |
| **Corey Lyndell Blount** | Reg. No. 83126-079 |
| **Clarence Douglas Coakley** | Reg. No. 16434-056 |
| **Larry Martin** | Reg. No. 02614-424 |

I hereby further commute the total sentence of imprisonment imposed upon **Malik Abuhamid Ibm Wakil Abdunafi**, Reg. No. 13750-067, to expire on **December 28, 2016**. I also remit the obligation and liability for the remaining unpaid balance the $100,000 forfeiture judgment imposed upon the said **Malik Abuhamid Ibm Wakil Abdunafi**, Reg. No. 13750-067. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **John Franklin Banks**, Reg. No. 07776-084, to a term of **292 months' imprisonment**. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Charles Lee Brandon**, Reg. No. 41876-039, to a term of **151 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Duane Clasen**, Reg. No. 06435-029, to expire on **August 15, 2017**. I also remit the unpaid balance of the $6,142.72 restitution obligation imposed upon said **Duane Clasen**, Reg. No. 06435-029, leaving intact and in effect the six-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **James Dillehay**, Reg. No. 51809-060, to a term of **360 months' imprisonment**. I direct the Bureau of Prisons to place said **James Dillehay**, Reg. No. 51809-060, on pre-release custody during the final year of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Antonio Jevon Gayden**, Reg. No. 10736-029, to a term of **120 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **David Gonzalez**, Reg. No. 15753-179, to expire on **May 31, 2017**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Randolph S. Gustave**, Reg. No. 06911-068, to expire on **May 1, 2017**. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ronnie Lorenzo Hardy**, Reg. No. 04614-017, to a term of **270 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this thirtieth day of August in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**